UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANDING ORDER RE: NOTICE OF RELATED ACTIONS
IN CASES FILED BEFORE STEARNS, D.J.

April 16, 2014

STEARNS, D.J.

Counsel of record (including pro se litigants) shall have a continuing duty to inform this Court of related actions before any court or administrative agency. Counsel shall submit, along with the joint statement pursuant to Local Rule 16.1(d), a Notice of Related Actions identifying all known related actions, the forum, the date of commencement, the parties thereto, a brief description of the action, and the current status or disposition (if any). Thereafter, counsel shall, within 14 days of the commencement or termination of any related action, file a Supplemental Notice of Related Actions with this Court. If necessary, parties may seek the Court's permission to file a Notice of Related Actions under seal.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE